**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1045**

———————

CHRISTINE HUTTEN,

Plaintiff - Appellant,

v.

SPECIALIZED LOAN SERVICING; FAY SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION (Freddie Mac),

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Louise W. Flanagan, District Judge.  (2:23-cv-00031-FL)

———————

Submitted:  April 18, 2024                     Decided:  April 22, 2024

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christine Hutten, Appellant Pro Se.  Hannah D. Kays, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Raleigh, North Carolina; John T. Benjamin, Jr., William E. Hubbard, LAW OFFICE OF JOHN T. BENJAMIN, JR., PA, Raleigh, North Carolina; Claire Louise Collins, HUTCHENS LAW FIRM, Fayetteville, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine Hutten appeals the district court's orders dismissing a portion of her civil action, declining to exercise supplemental jurisdiction over the remainder of the action, and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hutten v. Specialized Loan Servicing LLC*, No. 2:23-cv-00031-FL (E.D.N.C. Oct. 17 & Dec. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*